Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
95 S. Market Street, Suite 300
San Jose, California 95113
(650) 319-5554 telephone
(415)-874-7082 facsimile
whelanlaw@gmail.com

Attorney for Defendant
LEONARDO SILGA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>LEONARDO SILGA,<br><br>    Defendant. | Case Numbers:<br><br>CR-11-549, 550, 551,708-EJD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING |

    The parties, including the defendant, hereby stipulate, subject to Court approval, that the sentencing date currently set for June 18, 2012 at 1:30 p.m. be vacated, and the Court set a new sentencing date of September 10, 2012 at 1:30 p.m.

    1.    The parties, Leonardo Silga and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing date currently set for June 18, 2012 at 1:30 p.m. be vacated, and the Court set a new sentencing date of September 10, 2012 at 1:30 p.m.

    2.    The parties are requesting the continuance of the hearing date in order to

-1-

afford more time to US Probation to complete the PSR.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO<br>United States Attorney

Dated: June 14, 2012                          /S/
THOMAS M. O'CONNELL
Assistant United States Attorney

Dated: June 14, 2012                          /S/
WM. MICHAEL WHELAN, JR.
Attorney for Defendant Silga

## ORDER

Good cause appearing, and by stipulation of the parties in the above-captioned matter, it is hereby ordered that the sentencing hearing shall be continued from June 18, 2012 to September 10, 2012 in order to provide more time to U.S. Probation to complete the presentence report in this matter.

IT IS SO ORDERED.

Date: __6/14__, 2012       _[signature]_
EDWARD J. DAVILA
United States District Court Judge